## IN RE MINORS M.B. AND A.B.

[330 N.C. 437 (1991)]

IN THE MATTERS OF MINORS M.B. AND A.B., JUVENILES

No. 228PA91

(Filed 6 December 1991)

ON discretionary review of an unpublished opinion of the Court of Appeals, 102 N.C. App. 579, 403 S.E.2d 613 (1991), affirming in part, reversing in part, and remanding a joint disposition order entered by *Lyerly, J.*, in the District Court, MITCHELL County, on 19 March 1990. Heard in the Supreme Court 14 November 1991.

*Hal G. Harrison, P.A., by Hal G. Harrison, for petitioner-appellee Mitchell County Department of Social Services.*

*Watson and Hunt, P.A., by Charlie A. Hunt, Jr., for respondent-appellant father.*

PER CURIAM.

Discretionary review improvidently allowed.